# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED JULY 24, 2013

### NO. 03-12-00753-CR

**Johnny Angel Ybarra, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON AND ROSE
### AFFIRMED -- OPINION BY JUSTICE PEMBERTON

**THIS CAUSE** came on to be heard on the record of the court below, and the same being considered, because it is the opinion of this Court that there was no error in the district court's judgment: **IT IS ORDERED, ADJUDGED AND DECREED** by the Court that the judgment of the district court is in all things affirmed; and it appearing that the appellant is indigent and unable to pay costs, that no adjudication as to costs is made; and that this decision be certified below for observance.